## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM B. DAVIS and DARLENE DAVIS, husband and wife and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | NO: 1:20-CV-3029-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 7). The stipulation is filed pursuant to LCivR 41(a)(1)(B) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the Court to dismiss this action, including all claims, with prejudie and without an award of attorneys' fees or costs to any party. The Court has reviewed the record and files herein, and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action, including all claims, is **DISMISSED** with prejudice, without an award of attorneys' fees or costs to any party.

All pending hearings and deadlines are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 9, 2020.



THOMAS O. RICE
Chief United States District Judge